**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**et al.,**

    **Plaintiffs,**

v.                                                    Case No.  8:12-cv-663-T-30EAJ

**ALAN PATEL, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Complaint as Moot and Request for Fees and Costs (Dkt. 21) and Plaintiffs' Suggestion of Mootness and Motion for Additional Time to Respond to Defendant's Motion to Dismiss (Dkt. 29).  After the Defendant filed his motion to dismiss, the Court granted Plaintiffs' unopposed motion to amend the complaint in order to add another defendant (Dkt. 27).  Plaintiffs have since filed their amended complaint (Dkt. 28).  As such, Defendant's motion to dismiss is now moot.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 21) is DENIED without prejudice as moot and with leave to refile.

  2. Plaintiffs' Motion for Additional Time to Respond (Dkt. 29) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on October 12, 2012.

                  */s/ James S. Moody, Jr.*
                  JAMES S. MOODY, JR.
                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-663.mtd 21 and 29.wpd